**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>COPIES TOMORROW OF ILLINOIS, INC.<br><br><br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05B-44702 CAD<br><br>JUDGE Carol A. Doyle |

**<u>NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE</u>**

TO  the Debtor(s), Creditors, and other Parties in Interest:

1.      NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

> At:     U.S. BANKRUPTCY COURT
>         219 S. DEARBORN, COURTROOM 742
>         CHICAGO, ILLINOIS 60604
>
> On:    **October 18, 2007**
> At:    **10:30 a.m.**

2.      The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.      The Trustee's Final Report shows total:

|   |   |   |
|---|---|---|
| a.  Receipts | $ | 10,676.27 |
| b.  Disbursements | $ | 35.25 |
| c.  Net Cash Available for Distribution | $ | 10,641.02 |

4.      Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation<br>Previously<br><u>Paid</u> | Fees Now<br><u>Requested</u> | Expenses<br>Now<br><u>Requested</u> |
|---|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE<br>(Trustee Fees) | 0.00 | $1,817.63 | |

| | | | |
|---|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE<br>(Trustee Expenses) | 0.00 | | $39.00 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD.<br>(Trustee's Firm Legal Fees) | 0.00 | $1,627.50 | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD.<br>(Trustee's Firm Legal Expenses) | 0.00 | | $146.69 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC<br>(Trustee's Accountant Fees) | 0.00 | $3,990.00 | |

5.      Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6.In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $69.84 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.00%.

Allowed secured claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 003 | DEPT OF TREASURY/IRS | $78,598.98 | $3,020.20 |

7.Claims of general unsecured creditors totaling $50,638.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | FEDERAL EXPRESS CORPORATION | $      614.24 | $      0.00 |
| 002 | CANNON FINANCIAL SERVICES INC. | $   50,024.52 | $      0.00 |

8.Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois  60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the

fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has not been discharged.

11. The Trustee proposed to abandon the following property at the hearing: patents, copyrights, customer list all books and records of the debtor.

Dated: **September 13, 2007**          For the Court,

By: **KENNETH S. GARDNER**
      Kenneth S. Gardner
      Clerk of the United States Bankruptcy Court
      219 S. Dearborn Street; 7th Floor
      Chicago, IL  60604

Trustee:    DAVID GROCHOCINSKI, TRUSTEE
Address:    1900 RAVINIA PLACE
              ORLAND PARK, IL  60462
Phone No.: (708) 226-2700

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN**

IN RE:                                          CHAPTER 7 CASE
COPIES TOMORROW OF ILLINOIS, INC.

                                                CASE NO. 05B-44702 CAD

                                                JUDGE Carol A. Doyle

                    Debtor(s)

**ORDER AWARDING COMPENSATION AND EXPENSES**

            THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and
expenses of administration, notice having been given and the Court being duly advised:

            IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed
as follows:

| | | |
|---|---|---|
| 1. | Trustee's compensation | $ 1,817.63 |
| 2. | Trustee's expenses | $ 39.00 |
| | TOTAL | $ 1,856.63 |
| 3. | Chapter 11 Trustee's compensation | $ 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ 0.00 |
| | TOTAL | $ 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as
follows:

| | | |
|---|---|---|
| 1. | Attorney for the Trustee a. Compensation | $ 1,627.50 |
| | b. Expenses | $ 146.69 |
| | c. Chapter 11 Compensation | $ 0.00 |
| | d. Chapter 11 Expenses | $ 0.00 |
| 2. | Accountant for the Trustee a. Compensation | $ 3,990.00 |
| | b. Expenses | $ 0.00 |
| | c. Chapter 11 compensation | $ 0.00 |

**EXHIBIT G**

    d. Chapter 11 Expenses                         $_____0.00

3.       Other Professionals

                                      TOTAL      $_____5,764.19

       IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this   _____   day of   _____  , 200 \_\_ .

                        ENTERED  _____
                                   Carol A. Doyle
                                   UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT G**

**BAE SYSTEMS**

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1            Date Rcvd: Sep 13, 2007
Case: 05-44702                Form ID: pdf002          Total Served: 10
```

```
The following entities were served by first class mail on Sep 15, 2007.
db           +Copies Tomorrow Od Illinois Inc., a Illinois,   320 E. Howard Street,
               Des PLaines, IL 60018-1959
aty          +Arthur W Rummler,   Grochocinski, Grochoinski & Lloyd Ltd,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +Beth A Lehman,   Lehman & Fox,   6 E Monroe Suite 1004,   Chicago, IL 60603-2721
aty          +David E Grochocinski,   Grochocinski & Grochocinski,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David P Lloyd,   Grochocinski, Grochocinski & Lloyd,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +Grochocinski Grochocinski & Lloyd Ltd,   1900 Ravinia Place,   Orland Park, IL 60462-3760
tr           +David E Grochocinski,   Grochocinski, Grochocinski & Lloyd, Ltd.,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
10548306     +Cannon Financial Services Inc,   158 Gaither Drive Suite 200,   Mt.Laurel,NJ 08054-1716
10481885     +Federal Express Corporation,   Attn: Revenue Recovery/Bankruptcy,
               2005 Corporate Avenue, 2nd Floor,   Memphis, TN 38132-1796
10616185    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
               (address filed with court:  Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,   Philadelphia, PA 19114)

The following entities were served by electronic transmission.                          TOTAL: 0
NONE.

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 15, 2007**                    **Signature:** *Joseph Speetjens*